**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Imperial Group Holdings LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **61-1804541** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **12600 SE 38th St, Suite 200** <br> **Bellevue, WA 98006** <br> Number, Street, City, State & ZIP Code <br><br> **King** <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **12855 Coal Creek Parkway SE Bellevue, WA 98006** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **cambridgemanor.baselhomes.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

24-02040-WLH11    Doc 1    Filed 12/16/24    Entered 12/16/24 17:35:50    Pg 1 of 57

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      5313

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

24-02040-WLH11     Doc 1     Filed 12/16/24     Entered 12/16/24 17:35:50     Pg 2 of 57

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | | Relationship | | |
| District | | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

24-02040-WLH11   Doc 1   Filed 12/16/24   Entered 12/16/24 17:35:50   Pg 3 of 57

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 16, 2024**
               MM / DD / YYYY

**X** **/s/ Wai Yi Lin**                            **Wai Yi Lin**
    Signature of authorized representative of debtor            Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Armand J. Kornfeld**                  Date   **December 16, 2024**
    Signature of attorney for debtor                       MM / DD / YYYY

**Armand J. Kornfeld**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 292-2110**     Email address   **jkornfeld@bskd.com**

**WSBA 17214 WA**
Bar number and State

United States Bankruptcy Court
Eastern District of Washington

| | | |
|---|---|---|
| In re: | ) | Case No. |
| | ) | |
| Imperial Group Holdings LLC | ) | **STATEMENT OF WITNESS TO** |
| | ) | **SIGNING OF DOCUMENT** |
| Debtor(s) | ) | |

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

- [✓] Voluntary Petition

- [✓] Declaration Concerning Debtor's Schedules

- [ ] Statement of Social Security Number

- [✓] Statement of Affairs

- [ ] Other:_____

Dated: December 16, 2024

_____
Witness Signature

Yihan Zhao
_____
Witness Name (printed or typed)


Address: 12600 SE 38th St, STE 200
_____

Bellevue, WA, 98006
_____

_____

Fill in this information to identify the case:

Debtor name     **Imperial Group Holdings LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 16, 2024**          X *Is/ Wai Yi Lin*
                                               Signature of individual signing on behalf of debtor

                                               **Wai Yi Lin**
                                               Printed name

                                               **Manager**
                                               Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Imperial Group Holdings LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amento Group** 710 2nd Ave, Suite 400 Seattle, WA 98104 | **Janet M Fife** jfife@amentogroup .com; tray@amentogroup .com 2066829722 | **Legal Services** | | | | $17,252.91 |
| **BCRA, Inc.** 2106 Pacific Ave, Ste 300 Tacoma, WA 98402 | **Ben Dort** bdort@bcradesign. com 253-627-4367 | **Civil engineering services** | | | | $2,005.00 |
| **BEE Consulting, LLC** 170 W Dayton St, #206 Edmonds, WA 98020 | **Chad Brickner** cbrickner@bee-eng ineers.com 425-672-3900 | **Civil engineering services** | | | | $3,500.00 |
| **BestBath Intelligent** 723 Garber Street Caldwell, ID 83605 | **Michael Streck** michael.streck@be stbath.com 800-727-9907 | **Bathtub supplier** | | | | $31,578.61 |
| **City of Bellevue** PO Box 90011 Bellevue, WA 98009-9011 | **Gregg Schrader** gschrader@bellevu ewa.gov 425-452-6973 | **Utilities** | | | | $1,172.00 |
| **Freiheit Architecture** 505 106th Ave NE #302 Bellevue, WA 98004 | **Jackie Kong** jkong@freiheitarch .com 425-827-2100 | **Architect** | | | | $199,328.03 |
| **Proctor Company** 2840 Northup Way #220 Bellevue, WA 98004 | **Steve Yun** steve@proctorcom pany.com 425-451-9697 | **Accounting services** | | | | $12,364.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ryan Swanson & Cleveland 1201 Third Ave #3400 Seattle, WA 98101-3034** | **Kevin Bay** **bay@ryanlaw.com** | **Legal Services** | | | | **$74,942.70** |
| **Schwabe, Williamson & Wyatt 1211 SW Fifth Ave Suite 1900 Portland, OR 97204-3719** | **Milt Reimers** **mreimers@schwabe.com** | **Legal Services** | | | | **$4,896.00** |
| **Transpo Group 12131 113th Ave NE #203 Kirkland, WA 98034-6944** | **Mike Swenson** **mike.swenson@transpogroup.com 425-821-3665** | **Engineering services** | | | | **$2,013.75** |
| **Z&A Investment Ltd. Building 0180 East Provence No Dingsi, VGB British Virgin Islands** | | **Money Loaned** | | | | **$2,000,000.00** |

**Fill in this information to identify the case:**

Debtor name     **Imperial Group Holdings LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................    $    **42,500,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................    $    **2,069,440.06**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..............................................................    $    **44,569,440.06**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **27,428,628.11**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **14,041,609.71**

4.    **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b     $    **41,470,237.82**

Debtor name    **Imperial Group Holdings LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
  amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** Balance as of 12/15/24 | **Checking** | **8508** | $24,568.93 |
| 3.2. | **Chase Bank** Balance as of 12/15/24 | **Savings** | **0852** | $43.30 |
| 3.3. | **EastWest Bank** | **Restricted Account Clearing & Grading Permit; Balance as of 12/15/24** | **7827** | $79,197.08 |
| 3.4. | **EastWest Bank Restricted Account - Clearing and Grading Permit** | **Certificate of Deposit** | **2542** | $87,962.18 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.
   
   | $191,771.49 |
   |---|

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.

■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**Legal Retainer**
**Bush Kornfeld LLP**
**601 Union Street, Suite 5000**
7.1.  **Seattle, WA 98101**                                                  **$152,960.66**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                  **$152,960.66**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **1,107,840.91** | - | **0.00** = .... | **$1,107,840.91** |
| | face amount | | doubtful or uncollectible accounts | |

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **15,000.00** | - | **0.00** = .... | **$15,000.00** |
| | face amount | | doubtful or uncollectible accounts | |

12.   **Total of Part 3.**                                                  **$1,122,840.91**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.   **Raw materials**

20.   **Work in progress**

21.   **Finished goods, including goods held for resale**

**Windows, Sliding Doors,
Freestanding tubs,
Fiberglass Showers and
Lighting fixtures. See
attachment. Value is
cost.**                                    $0.00                    $559,453.00

---

22.      **Other inventory or supplies**

23.      **Total of Part 5.**                                                    $559,453.00

             Add lines 19 through 22. Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
             ■ No
             ☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
             ■ No
             ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
             ■ No
             ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No. Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ■ No. Go to Part 8.
     ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No. Go to Part 9.
     ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.      **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. **2019 Ford F150 VIN # 1FTFW1E19KFC88018 - $31,791 - depreciated value**<br>**2020 Keystone RV Bullet Trailer VIN 4YDT28723LC432295 - $10,623 - depreciated value** | $0.00 | | $42,414.00 |
|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

     Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | **$42,414.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

     ■ No
     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **12855 Coal Creek Parkway SE Bellevue, WA 98006 Value represents 09/08/23 Colliers International Appraisal - As-Is Value Debtor believes current as-is value is higher 09/08/23 Colliers International Appraisal Completed Value -$116,680,000** | | **$0.00** | **Appraisal** | **$42,500,000.00** |

56. **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$42,500,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

     ■ No
     ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential Claims against BMRK Lending, LLC and ReadyCap Warehouse Financing WF LLC** | **Unknown** |
| | Nature of claim: Improper failure to fully fund construction loan | |
| | Amount requested: $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $191,771.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $152,960.66 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,122,840.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $559,453.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $42,414.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................> | | $42,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,069,440.06 | + 91b. $42,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $44,569,440.06 |

In re Imperial Group Holdings LLC
ATTACHMENT TO SCHEDULE B #21

**Interior Sub Inventory Delivery Info**

12/3/2024

## Kent Warehouse

| Priority | Division | Code | Item | Vendor | Payment | QTY | Checked | Notes | IH # | Type/Parts | SubQty | Unit Price | Total Price | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8 | 08500 | Windows+Sliding Doors | Glassman | Paid B1B8 20% deposit B9 | See receipts | | B1+B8+B9 Sliding door+windows | 11 | | | | $ 400,968.18 | |
| | | | | | | | | | | Building 1 Deposit | | | $ 32,231.89 | Pay App 1 |
| | | | | | | | | | | Building 8 Deposit | | | $ 20,000.00 | Pay App 2 |
| | | | | | | | | | | Building 1 Remaining | | | $ 96,555.11 | Pay App 3 |
| | | | | | | | | | | Building 8 Remaining | | | $ 70,277.36 | Pay App 3 |
| | | | | | | | | | | Building 8 Change Order RFI #64 | | | $ 4,566.10 | Pay App 3 |
| | | | | | | | | | | Building 9 Deposit | | | $ 13,660.00 | Pay App 4 |
| | | | | | | | | | | Building 1 Change Order RFI#103 | | | $ 72,467.95 | Not Paid |
| | | | | | | | | | | Building 8 Change Order RFI #103 | | | $ 36,581.35 | Not Paid |
| | | | | | | | | | | Building 9 Remaining | | | $ 54,628.42 | Not Paid |
| | 10 | 10822 | Freestanding tubs | Badeloft | Paid | 58 | Daniel/Tong | Tub+drain/Receipt missing | C/B | | | | $ 108,400.95 | Paid |
| | | | | | | | | | | Freestanding Bath | 58 | 2990 | 173,420.00 | |
| | | | | | | | | | | Sales Tax | | | $ 9,108.03 | |
| | | | | | | | | | | Discount | | | $ (83,241.60) | |
| | | | | | | | | | | Drop-in Drain | 58 | 199 | $ 11,542.00 | |
| | | | | | | | | | | Sales Tax | | | $ 836.12 | |
| | | | | | | | | | | Discount | | | $ (3,462.60) | |
| | | | | | | | | | | Shipping | | | $ 199.00 | |
| | 10 | 10822 | Fiberglass Showers | Bestbath | No pay | 12 | Daniel/Tong | P1+P2 items in warehouse waiting for the payment | C/B | | | | $ 31,578.61 | Not Paid |
| | | | | | | | | | | XSTS6032A17R_WH | 7 | $ 2,271.48 | $ 15,900.36 | |
| | | | | | | | | | | XSTS6032A17L_WH | 5 | $ 2,271.48 | $ 11,357.40 | |
| | | | | | | | | | | Truckload | 1 | | $ 1,424.00 | |
| | | | | | | | | | | Sale Tax | | | $ 2,896.85 | |
| | 16 | 16500 | Lighting Fixture | Graybar | P1 paid | 950 | Daniel/Tong | B1B8B9 Can-lights/Wet-Rated can | 3 | | | | $ 14,505.65 | Paid |
| | | *Ordered 950, received 943/949 in warehouse, 1 sample(Including housing+trim) in office. For this one sample no invoice founded. | | | | | | | | | Housing | 943 | $ 10.25 | $ 9,665.75 | |
| | | | | | | | | | | Trim | 949 | $ 5.10 | $ 4,839.90 | |

Debtor name __**Imperial Group Holdings LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WASHINGTON__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **Apeland Concrete, Inc** | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien | $19,014.00 | $42,500,000.00 |
| **12611 SE 232nd St**<br>**Kent, WA 98031** | **12855 Coal Creek Parkway SE**<br>**Bellevue, WA 98006** | | |

Creditor's mailing address

Describe the lien
**Construction Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Apeland Concrete, Inc**
**2. CC Edwards Constructions Inc.**
**3. Core Design, Inc.**
**4. Fire Sprinklers Incorporated**
**5. Glassman Inc.**
**6. Lizard Waterproofing & Deck**
**7. Meridian Center Electric Inc.**
**8. Pearson Drilling Inc.**
**9. Priority Plumbing**
**10. Progress Foundation, LLC**
**11. Ralph's Concrete & Plumbing**
**12. RNI Co. Framing LLC**

| 2.2 | **Associated Earth Sciences** | Describe debtor's property that is subject to a lien | $20,740.06 | $42,500,000.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **12855 Coal Creek Parkway SE** <br> **Bellevue, WA 98006** |
| **911 5th Ave** <br> **Kirkland, WA 98033** | |
| Creditor's mailing address | **Describe the lien** <br> **Construction** |
| | **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** <br> **2017** <br> **Last 4 digits of account number** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☑ Contingent <br> ☑ Unliquidated <br> ☐ Disputed |
| **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | |

---

| 2.3 | **Bellevue 58 Development LLC** | **Describe debtor's property that is subject to a lien** | $22,069,954.57 | $42,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **12855 Coal Creek Parkway SE** <br> **Bellevue, WA 98006** | | |
| | **c/o Hugh McCullough** <br> **Davis Wright Tremaine LLP** <br> **920 5th Ave, Suite 3300** <br> **Seattle, WA 98104-3150** | | | |
| | Creditor's mailing address | **Describe the lien** <br> **Deed of Trust** | | |
| | | **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** <br> **November 2021** <br> **Last 4 digits of account number** | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☐ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | |
| | **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☑ Yes. Specify each creditor, including this creditor and its relative priority. <br> **Specified on line 2.1** | | | |

---

| 2.4 | **CC Edwards Constructions Inc.** | **Describe debtor's property that is subject to a lien** | $77,580.00 | $42,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **12855 Coal Creek Parkway SE** <br> **Bellevue, WA 98006** | | |
| | **PO Box 1387** <br> **Sumner, WA 98390** | | | |
| | Creditor's mailing address | **Describe the lien** <br> **Construction** | | |
| | | **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Date debt was incurred** <br> **2023** | | | |

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |

---

| 2.5 | **Core Design, Inc.** | Describe debtor's property that is subject to a lien | $21,210.49 | $42,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**12100 NE 195th St, Ste 300
Bothell, WA 98011**

Creditor's mailing address

**12855 Coal Creek Parkway SE
Bellevue, WA 98006**

Describe the lien
**Construction Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Fire Sprinklers Incorporated** | Describe debtor's property that is subject to a lien | $12,975.36 | $42,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**1524 45th Street E
Sumner, WA 98390**

Creditor's mailing address

**12855 Coal Creek Parkway SE
Bellevue, WA 98006**

Describe the lien
**Construction**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | ☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |

---

| 2.7 | **Glacier Northwest** | Describe debtor's property that is subject to a lien | $71,074.00 | $42,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 1643
Woodinville, WA 98072**

**12855 Coal Creek Parkway SE
Bellevue, WA 98006**

Creditor's mailing address

**Describe the lien**

**Construction**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.8 | **Glassman Inc.** | **Describe debtor's property that is subject to a lien** | $163,677.72 | $42,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**1107 Main Street**
**Sumner, WA 98390**

**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

Creditor's mailing address

**Describe the lien**

**Construction**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.9 | **Lizard Waterproofing & Deck** | **Describe debtor's property that is subject to a lien** | $25,113.92 | $42,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**1118 7th Ave NW, A125**
**Issaquah, WA 98027**

**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

Creditor's mailing address

**Describe the lien**

**Construction**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 0 | **Matcha Agency** | | Describe debtor's property that is subject to a lien | $8,762.50 | $42,500,000.00 |
|---|---|---|---|---|---|

**Matcha Agency**
Creditor's Name

**4454 158th Ave SE**
**Bellevue, WA 98006**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

Describe the lien
**Construction**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Meridian Center Electric Inc.** | | Describe debtor's property that is subject to a lien | $26,650.00 | $42,500,000.00 |
|---|---|---|---|---|---|

**Meridian Center Electric Inc.**
Creditor's Name

**11109 66th Ave E**
**Puyallup, WA 98373**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

Describe the lien
**Construction Lien**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 2 | **Parr Lumber Company** | | Describe debtor's property that is subject to a lien | $984,640.00 | $42,500,000.00 |
|---|---|---|---|---|---|

**Parr Lumber Company**
Creditor's Name

**5630 NE Century Blvd**
**Hillsboro, OR 97124**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

Describe the lien
**Construction**

24-02040-WLH11     Doc 1     Filed 12/16/24     Entered 12/16/24 17:35:50     Pg 22 of 57

Creditor's email address, if known

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.1 3 | **Pearson Drilling Inc.** | | Describe debtor's property that is subject to a lien **12855 Coal Creek Parkway SE** **Bellevue, WA 98006** | $20,803.31 | $42,500,000.00 |

Creditor's Name

**5810 152nd St NE**
**Marysville, WA 98271**
Creditor's mailing address

Describe the lien
**Construction**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.1 4 | **Priority Plumbing** | | Describe debtor's property that is subject to a lien **12855 Coal Creek Parkway SE** **Bellevue, WA 98006** | $20,521.42 | $42,500,000.00 |

Creditor's Name

**3001 B St NW**
**Auburn, WA 98001**
Creditor's mailing address

Describe the lien
**Construction**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ **Yes.** Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.1 5 | **Progress Foundation, LLC** | | $105,641.25 | $42,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**10102 8th Ave S, Apt N-109**
**Seattle, WA 98168**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

**Describe the lien**
**Construction**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.1 6 | **R&J Dream Makers LLC** | | $10,500.00 | $42,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**7066 Corvello Drive South**
**Seattle, WA 98108**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**August 2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.1 7 | **Ralph's Concrete & Plumbing** | | $8,102.61 | $42,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**1529 Rainier Ave. S**
**Seattle, WA 98144**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

**Describe the lien**
**Construction**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.1 8 | | | | |
|---|---|---|---|---|
| **RNI Co. Framing LLC** | Describe debtor's property that is subject to a lien | | $16,309.22 | $42,500,000.00 |

Creditor's Name

**7345 164th Ave NE**
**Suite 145511**
**Redmond, WA 98052**

**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

Creditor's mailing address

**Describe the lien**
**Construction**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

| 2.1 9 | | | | |
|---|---|---|---|---|
| **Westcloud Construction LLC** | Describe debtor's property that is subject to a lien | | $3,733,878.23 | $42,500,000.00 |

Creditor's Name

**12600 SE 38th St, Suite 200**
**Bellevue, WA 98006**

**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**

Creditor's mailing address

**Describe the lien**
**General Contractor (includes of**
**subcontractor claims)**

**Is the creditor an insider or related party?**

☐ No

■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022-2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Imperial Group Holdings LLC**                    Case number (if known) _____
          _____
          Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **White Cap, L.P.** | **Describe debtor's property that is subject to a lien** | $11,479.45 | $42,500,000.00 |
|---|---|---|---|---|

**White Cap, L.P.**
Creditor's Name

**297 South Vasco Road**
**Livermore, CA 94551**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2023**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**
_____

**Describe debtor's property that is subject to a lien**
**12855 Coal Creek Parkway SE**
**Bellevue, WA 98006**
_____

**Describe the lien**
**Construction**
_____
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $27,428,628. 11 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
**Alliance**
**2213 Evergreen Point Rd**
**Medina, WA 98039**

Date(s) debt was incurred 5/31/17-12/31/19 _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money loaned** _

Is the claim subject to offset? ■ No ☐ Yes

**$209,147.75**

---

**3.2** Nonpriority creditor's name and mailing address
**Amento Group**
**710 2nd Ave, Suite 400**
**Seattle, WA 98104**

Date(s) debt was incurred 2023 _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services** _

Is the claim subject to offset? ■ No ☐ Yes

**$17,252.91**

---

**3.3** Nonpriority creditor's name and mailing address
**Basel (HK)**
**Unit 701, Ruttonjee House**
**Central, HK**

Date(s) debt was incurred 12/31/16-12/31/23 _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Intercompany Payable** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,807,308.59**

---

**3.4** Nonpriority creditor's name and mailing address
**Basel Architects**
**2213 Evergreen Point Rd**
**Medina, WA 98039**

Date(s) debt was incurred 2018-2021 _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Intercompany Payable** _

Is the claim subject to offset? ■ No ☐ Yes

**$22,230.00**

24-02040-WLH11    Doc 1    Filed 12/16/24    Entered 12/16/24 17:35:50    Pg 27 of 57

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $108,939.60 |
|-----|---|---|---|

**Basel Capital Holdings LLC**
**2213 Evergreen Point Rd**
**Medina, WA 98039**

Date(s) debt was incurred  01/01/17-11/19/24

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Intercompany Payable**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,005.00 |
|-----|---|---|---|

**BCRA, Inc.**
**2106 Pacific Ave, Ste 300**
**Tacoma, WA 98402**

Date(s) debt was incurred  2023

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil engineering services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|-----|---|---|---|

**BEE Consulting, LLC**
**170 W Dayton St, #206**
**Edmonds, WA 98020**

Date(s) debt was incurred  2023

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Civil engineering services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,578.61 |
|-----|---|---|---|

**BestBath Intelligent**
**723 Garber Street**
**Caldwell, ID 83605**

Date(s) debt was incurred  2023

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Bathtub supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,000.00 |
|-----|---|---|---|

**Boston Stepcentury Intl Grp**
**32 Suffolk Street**
**Cambridge, MA 02139**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,172.00 |
|-----|---|---|---|

**City of Bellevue**
**PO Box 90011**
**Bellevue, WA 98009-9011**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $199,328.03 |
|-----|---|---|---|

**Freiheit Architecture**
**505 106th Ave NE #302**
**Bellevue, WA 98004**

Date(s) debt was incurred  2023

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Architect**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,705,930.77 |
|---|---|---|---|

**IG Property**
**2213 Evergreen Point Rd**
**Medina, WA 98039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/30/18 - 4/14/23

Basis for the claim:  **Intercompany Payable**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Paris Beta**
**2213 Evergreen Point Rd**
**Medina, WA 98039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/16/21

Basis for the claim:  **Money Loaned**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,364.00 |
|---|---|---|---|

**Proctor Company**
**2840 Northup Way #220**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Accounting services**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,942.70 |
|---|---|---|---|

**Ryan Swanson & Cleveland**
**1201 Third Ave #3400**
**Seattle, WA 98101-3034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Legal Services**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,896.00 |
|---|---|---|---|

**Schwabe, Williamson & Wyatt**
**1211 SW Fifth Ave**
**Suite 1900**
**Portland, OR 97204-3719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Legal Services**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**Strategy Holdings LLC**
**2213 Evergreen Point Rd**
**Medina, WA 98039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/09/19

Basis for the claim:  **Money loaned**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,013.75 |
|---|---|---|---|

**Transpo Group**
**12131 113th Ave NE #203**
**Kirkland, WA 98034-6944**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Engineering services**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

24-02040-WLH11   Doc 1   Filed 12/16/24   Entered 12/16/24 17:35:50   Pg 29 of 57

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,267,000.00 |
|---|---|---|---|

**Wai Yi Lin**
**2213 Evergreen Point Rd**
**Medina, WA 98039**

Date(s) debt was incurred  10/21/16-09/20/24

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $357,000.00 |
|---|---|---|---|

**YH Capital**
**2615 Evergreen Point Road**
**Medina, WA 98039**

Date(s) debt was incurred  11/2023-08/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000,000.00 |
|---|---|---|---|

**Z&A Investment Ltd.**
**Building 0180 East Provence No**
**Dingsi, VGB**
**British Virgin Islands**

Date(s) debt was
incurred  08/20/24; 08/28/24; 10/22/24

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Z&A Investment Ltd.**
**c/o Bo Li**
**2225 94th Ave NE**
**Clyde Hill, WA 98004**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 14,041,609.71 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 14,041,609.71 |

Debtor name **Imperial Group Holdings LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Insurance**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Aon Risk Insurance Svc West**<br>**1420 Fifth Ave #1200**<br>**Seattle, WA 98101** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Civil engineering services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BCRA, Inc.**<br>**2106 Pacific Ave, Ste 300**<br>**Tacoma, WA 98402** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Engineering services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BEE Consulting, LLC**<br>**170 W Dayton St, #206**<br>**Tacoma, WA 98402** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Franchise utilities**<br><br>State the term remaining<br><br>List the contract number of any government contract | **City of Bellevue**<br>**PO Box 90011**<br>**Bellevue, WA 98009-9011** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Landscape architect services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Core Design**<br>**12100 NE 195th #300**<br>**Bothell, WA 98011** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Architectural services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Freheit Architecture**<br>**505 106th Ave NE #302**<br>**Bellevue, WA 98004** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Arthitectural services**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Matcha Agency LLC**<br>**4454 158th Ave SE**<br>**Bellevue, WA 98006** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Construction contract - (general contractor)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Westcloud Construction LLC**<br>**12600 SE 38th St, Suite 200**<br>**Bellevue, WA 98006** |

Official Form 206H
# Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Kwok Fai Li** | **2015 Evergreen Point Road Medina, WA 98039** | **Bellevue 58 Development LLC** | ■ D   **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Kwok Fai Li** | **2015 Evergreen Point Road Medina, WA 98039** | **Parr Lumber Company** | ■ D   **2.12** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Wai Yi Lin** | **2615 Evergreen Point Road Medina, WA 98039** | **Bellevue 58 Development LLC** | ■ D   **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business <br> ☐ Other  _____ | **$0.00** |
   | **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business <br> ☐ Other  _____ | **$0.00** |
   | **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business <br> ☐ Other  _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|
   | | | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|
   | | | | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Matcha Agency** **4454 158th Ave SE** **Bellevue, WA 98006** | **11/04/24** | **$12,531.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Chase Credit Card Services** **201 N Walnut Street, De1-0153** **Wilmington, DE 19801** | **09/30/24 - $99** **10/24/24 - $40** **11/20/24 - $30,000,000** **12/12/24 - $5,180.00** | **$35,319.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Nixon Peabody LLP** **55 W 46th St, Tower 46** **New York, NY 10036** | **11/18/24** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **On Deck Capital**<br>**1400 Broadway, 25th Floor**<br>**New York, NY 10018**<br>**None** | **08/02/24 -**<br>**$1,282.15**<br>**08/09/24 -**<br>**$1,282.15**<br>**08/16/24 -**<br>**$1,282.15**<br>**08/23/24 -**<br>**$1,282.15**<br>**08/30/24 -**<br>**$1,282.15**<br>**09/06/24 -**<br>**$1,282.15**<br>**09/13/24 -**<br>**$1,282.15**<br>**09/20/24 -**<br>**1,282.15**<br>**09/27/24 -**<br>**1,282.15**<br>**10/04/24 -**<br>**1,282.15**<br>**10/11/24 -**<br>**1,282.15**<br>**10/18/24 -**<br>**1,282.15**<br>**10/25/24 -**<br>**1,282.15**<br>**11/01/24 -**<br>**1,282.15**<br>**11/01/24 -**<br>**38,109.01** | **$56,059.11** | **Short-Term Loan**<br>**Guaranteed by Wai Yi Lin** |
| 4.2.  **See SOFA #30 - Insider Pymts &**<br>**Transfers** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Bellevue 58 Development LLC v. Imperial Group Holdings LLC**<br>**24-2-27434-1-SEA** | **Motion to Appoint Receiver** | **King County Superior Court**<br>**516 Third Ave**<br>**Seattle, WA 98104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **See SOFA 7** | | **$0.00** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP**<br>**601 Union St., #5000**<br>**Seattle, WA 98101-2373** | | **12/16/24** | **$22,039.34** |
| | **Email or website address**<br>**bskd.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Insider Pass Through Transfers** | **Please see SOFA #30 for description of and itemization of pass through transfers that may be considered outside of ordinary course of business.** | | **$0.00** |
| | **Relationship to debtor** | | | |

<div style="background:black;color:white;display:inline-block">**Part 7:**</div> **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2213 Evergreen Point Road**<br>**Medina, WA 98039** | **04/20/22-07/01/24** |
| 14.2. | **2225 94th Ave NE**<br>**Clyde Hill, WA 98004** | **12/16/21-04/19/22** |

<div style="background:black;color:white;display:inline-block">**Part 8:**</div> **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Eastwest Bank**<br>**668 South Lane St #101**<br>**Seattle, WA 98104** | **XXXX-5518** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **01/31/24** | **$0.00** |
| 18.2. | **ICBC**<br>**1185 Avenue of the Americas**<br>**16th Floor**<br>**New York, NY 10036** | **XXXX-7073** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **01/31/24** | **$0.00** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Cubework<br>20024 85th Ave S<br>Kent, WA 98031 | Cindy Zhao, 12600 SE 38th St., Ste 200, Bellevue, WA 98006<br>Michael Dern, 12600 SE 38th St., Ste 200, Bellevue, WA 98006 | See Inventory Schedule | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Proctor Company 2840 Northup Way #220 Bellevue, WA 98004** | **2022-present** |
| 26a.2.   **Sheri Quinton Sage Business Solutions 7906 15th Ave SE Snohomish, WA 98290** | **March 2024 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Sheri Quinton Sage Business Solutions LLC 7906 157th Ave SE Snohomish, WA 98290** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Numerous Lenders and Potential Lenders BRMK, Ready Capital, Builder's Capital, Intracorp Homes, Techo RE Capital Cirrus RE Partners** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Wai Yi Lin** | **2015 Evergreen Point Road Medina, WA 98039** | **Managing Member** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Basel Capital Holdings LLC** | **2015 Evergreen Point Road Medina, WA 98039** | **Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **See Attached** |  |  |  |
|  | **Relationship to debtor** |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| **Basel Capital Holdings LLC** | EIN:    **37-1853097** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
|  |  |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 16, 2024**

**/s/ Wai Yi Lin**                                          **Wai Yi Lin**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# ATTACHMENT TO SOFA 30

**TAB 30-1**

After the Secured Lender stopped funding the construction loan, the Debtor has relied upon capital contributions made by Kwok Fai Li, 100% member of Basel Capital Holdings LLC, which is the 100% member of the Debtor, to fund costs relating to the construction project on the Property (the "Project"). Mr. Li has typically made these capital contributions through his affiliated entity, Basel Hong Kong located in Hong Kong, China.

The funds have historically been transferred from Hong Kong directly to the Debtor's account as a single U.S. account destination for the purpose of then disbursing the funds to the Debtor's U.S. affiliates that are incurring expenses in connection with the Project.

The funds from Basel Hong Kong have flowed through Imperial and then to Basel Capital Holdings LLC where they have been used to fund project related costs. Going forward, the funds from Basel Hong Kong will be transferred directly to Basel Capital Holdings LLC.

The funds from Basel Hong Kong have flowed through Imperial to Westcloud Construction, LLC, for purpose of funding its payroll and other Project-related expenses incurred by Westcloud.

**TAB 30-2**

Project Development Fees, Contract Payments, Loan Repayments and Owner Draws.

Tab 30-1 Pass-Through Payment

| Date | Name | Amount | Total By Name |
|---|---|---|---|
| 08/08/2023 | | $20,000.00 | |
| 08/14/2023 | Basel Capital Holdings (US) | $10,000.00 | |
| 08/28/2023 | Basel Capital Holdings (US) | $30,000.00 | |
| 09/21/2023 | Basel Capital Holdings (US) | $15,000.00 | |
| 10/02/2023 | Basel Capital Holdings (US) | $1,200.00 | |
| 10/31/2023 | Basel Capital Holdings (US) | $12,000.00 | |
| 12/03/2023 | Basel Capital Holdings (US) | $10,000.00 | |
| 12/14/2023 | Basel Capital Holdings (US) | $20,000.00 | |
| 01/18/2024 | Basel Capital Holdings (US) | $25,000.00 | |
| 02/26/2024 | Basel Capital Holdings (US) | $20,000.00 | |
| 03/18/2024 | Basel Capital Holdings (US) | $8,000.00 | |
| 04/24/2024 | Basel Capital Holdings (US) | $20,000.00 | |
| 05/06/2024 | Basel Capital Holdings (US) | $100.00 | |
| 05/08/2024 | Basel Capital Holdings (US) | $2,500.00 | |
| 05/10/2024 | Basel Capital Holdings (US) | $20,000.00 | |
| 05/20/2024 | Basel Capital Holdings (US) | $10,000.00 | |
| 05/30/2024 | Basel Capital Holdings (US) | $10,000.00 | |
| 06/24/2024 | Basel Capital Holdings (US) | $1,000.00 | |
| 07/01/2024 | Basel Capital Holdings (US) | $5,000.00 | |
| 07/10/2024 | Basel Capital Holdings (US) | $20,000.00 | |
| 08/22/2024 | Basel Capital Holdings (US) | $500.00 | |
| 08/29/2024 | Basel Capital Holdings (US) | $35,000.00 | |
| 09/04/2024 | Basel Capital Holdings (US) | $20,000.00 | |
| 09/04/2024 | Basel Capital Holdings (US) | $18,000.00 | |
| 09/11/2024 | Basel Capital Holdings (US) | $12,700.00 | |
| 09/17/2024 | Basel Capital Holdings (US) | $500.00 | |
| 09/19/2024 | Basel Capital Holdings (US) | $200.00 | |
| 09/23/2024 | Basel Capital Holdings (US) | $15,000.00 | |
| 10/21/2024 | Basel Capital Holdings (US) | $2,000.00 | |
| 10/24/2024 | Basel Capital Holdings (US) | $6,000.00 | |
| 10/24/2024 | Basel Capital Holdings (US) | $2,000.00 | |
| 10/29/2024 | Basel Capital Holdings (US) | $10,000.00 | |
| 11/06/2024 | Basel Capital Holdings (US) | $10,000.00 | |
| 11/14/2024 | Basel Capital Holdings (US) | $100,000.00 | |
| 09/04/2024 | Basel Capital Holdings (US) | $100,000.00 | |
| 11/19/2024 | Basel Capital Holdings (US) | $10,000.00 | $581,700.00 |

| Date | Name | Amount | Total By Name |
|---|---|---|---|
| 11/28/2023 | Westcloud Construction | $50,000.00 | |
| 12/14/2023 | Westcloud Construction | $40,000.00 | |
| 12/28/2023 | Westcloud Construction | $50,000.00 | |
| 01/31/2024 | Westcloud Construction | $20,000.00 | |
| 02/02/2024 | Westcloud Construction | $10,000.00 | |
| 02/19/2024 | Westcloud Construction | $17,000.00 | |
| 03/18/2024 | Westcloud Construction | $17,000.00 | |
| 04/02/2024 | Westcloud Construction | $35,000.00 | |
| 04/19/2024 | Westcloud Construction | $50,000.00 | |
| 04/24/2024 | Westcloud Construction | $55,000.00 | |
| 05/10/2024 | Westcloud Construction | $15,000.00 | |
| 05/13/2024 | Westcloud Construction | $15,000.00 | |
| 05/28/2024 | Westcloud Construction | $8,000.00 | |
| 05/28/2024 | Westcloud Construction | $70,000.00 | |
| 06/06/2024 | Westcloud Construction | $5,000.00 | |
| 06/24/2024 | Westcloud Construction | $7,000.00 | |
| 07/05/2024 | Westcloud Construction | $10,000.00 | |
| 07/05/2024 | Westcloud Construction | $21,000.00 | |
| 07/10/2024 | Westcloud Construction | $15,000.00 | |
| 08/01/2024 | Westcloud Construction | $34,500.00 | |
| 08/02/2024 | Westcloud Construction | $1,000.00 | |
| 08/06/2024 | Westcloud Construction | $2,500.00 | |
| 08/28/2024 | Westcloud Construction | $95,000.00 | |
| 09/03/2024 | Westcloud Construction | $20,000.00 | |
| 09/03/2024 | Westcloud Construction | $16,000.00 | |
| 09/03/2024 | Westcloud Construction | $25,000.00 | |
| 09/04/2024 | Westcloud Construction | $8,000.00 | |
| 09/04/2024 | Westcloud Construction | $12,000.00 | |
| 09/04/2024 | Westcloud Construction | $11,000.00 | |
| 09/06/2024 | Westcloud Construction | $15,000.00 | |
| 09/27/2024 | Westcloud Construction | $1,500.00 | |
| 09/27/2024 | Westcloud Construction | $3,000.00 | |
| 09/27/2024 | Westcloud Construction | $9,000.00 | |
| 09/27/2024 | Westcloud Construction | $50,000.00 | |
| 10/02/2024 | Westcloud Construction | $21,000.00 | |
| 10/07/2024 | Westcloud Construction | $5,000.00 | |
| 10/17/2024 | Westcloud Construction | $1,500.00 | |
| 10/28/2024 | Westcloud Construction | $10,000.00 | |
| 11/04/2024 | Westcloud Construction | $10,000.00 | |
| 11/04/2024 | Westcloud Construction | $20,000.00 | |
| 11/06/2024 | Westcloud Construction | $10,000.00 | |
| 11/13/2024 | Westcloud Construction | $10,000.00 | |
| 11/19/2024 | Westcloud Construction | $20,000.00 | |
| 11/25/2024 | Westcloud Construction | $50,000.00 | |
| 11/29/2024 | Westcloud Construction | $40,000.00 | |
| 10/29/2024 | Westcloud Construction | $50,000.00 | $1,061,000.00 |
| 10/01/2024 | Westcloud Construction GC | $5,000.00 | |
| 11/04/2024 | Westcloud Construction GC | $5,000.00 | $10,000.00 |

# TAB 30 - 2 TRANSFERS TO INSIDERS

| Date | Name | Amount | Purpose | Total by Name |
|------|------|--------|---------|---------------|
| 10/14/2022 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 11/14/2022 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 12/12/2022 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 01/13/2023 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 02/08/2023 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 03/13/2023 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 04/07/2023 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 05/12/2023 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 06/02/2023 | Basel Capital Holding | $50,000.00 | Project Development fees | |
| 07/05/2023 | Basel Capital Holding | $50,000.00 | Project Development fees | $500,000.00 |
| 11/26/2024 | Boston Stepcentury International Educatio | $300,000.00 | Loan Repayment | $300,000.00 |
| 04/14/2023 | Imperial Group Properties HK | $10,027.50 | Marketing | $10,027.50 |
| 03/04/2024 | Ivy Trust LLC | $5,025.00 | Owner Draw | |
| 11/29/2024 | Ivy Trust LLC | $15,000.00 | Owner Draw | $20,025.00 |
| 09/04/2024 | Kwok Fa Li | $55,000.00 | Owner Draw | |
| 09/04/2024 | Kwok Fa Li | $100,000.00 | Owner Draw | $155,000.00 |
| 09/03/2024 | Wai Yi Lin | $25,000.00 | Loan Repayment | |
| 12/21/2024 | Wai Yi Lin | $5,000.00 | Loan Repayment | |
| 09/04/2024 | Wai Yi Lin | $60,000.00 | Loan Repayment | |
| 09/04/2024 | Wai Yi Lin | $3,000.00 | Loan Repayment | |
| 09/20/2024 | Wai Yi Lin | $1,000.00 | Loan Repayment | $94,000.00 |
| 10/07/2022 | Westcloud Construction, LLC | $910,631.65 | General Contractor payment | |
| 11/17/2022 | Westcloud Construction, LLC | $510,412.50 | General Contractor payment | |
| 01/03/2023 | Westcloud Construction, LLC | $429,215.92 | General Contractor payment | |
| 03/02/2023 | Westcloud Construction, LLC | $428,534.18 | General Contractor payment | |
| 04/24/2023 | Westcloud Construction, LLC | $411,161.03 | General Contractor payment | |
| 04/28/2023 | Westcloud Construction, LLC | $100,000.00 | General Contractor payment | |
| 05/01/2023 | Westcloud Construction, LLC | $361,763.96 | General Contractor payment | |
| 05/05/2023 | Westcloud Construction, LLC | $400,000.00 | General Contractor payment | |
| 05/23/2023 | Westcloud Construction, LLC | $300,000.00 | General Contractor payment | |
| 06/12/2023 | Westcloud Construction, LLC | $100,000.00 | General Contractor payment | |
| 06/14/2023 | Westcloud Construction, LLC | $100,000.00 | General Contractor payment | |
| 07/07/2023 | Westcloud Construction, LLC | $60,000.00 | General Contractor payment | |
| 07/13/2023 | Westcloud Construction, LLC | $80,000.00 | General Contractor payment | |
| 07/28/2023 | Westcloud Construction, LLC | $60,000.00 | General Contractor payment | |
| 08/08/2023 | Westcloud Construction, LLC | $20,000.00 | General Contractor payment | |
| 08/24/2023 | Westcloud Construction, LLC | $300,000.00 | General Contractor payment | |
| 08/28/2023 | Westcloud Construction, LLC | $50,000.00 | General Contractor payment | |
| 08/28/2023 | Westcloud Construction, LLC | $80,000.00 | General Contractor payment | |
| 09/06/2023 | Westcloud Construction, LLC | $710,000.00 | General Contractor payment | |
| 09/11/2023 | Westcloud Construction, LLC | $140,000.00 | General Contractor payment | |
| 10/19/2023 | Westcloud Construction, LLC | $20,000.00 | General Contractor payment | $5,571,719.24 |
| 11/28/2022 | YH Capital LLC | $20,000.00 | Loan Repayment | |
| 02/28/2023 | YH Capital LLC | $20,000.00 | Loan Repayment | |
| 05/31/2023 | YH Capital LLC | $20,000.00 | Loan Repayment | |
| 01/01/2024 | YH Capital LLC | $50,000.00 | Loan Repayment | |
| 01/22/2024 | YH Capital LLC | $50,000.00 | Loan Repayment | |
| 08/29/2024 | YH Capital LLC | $65,000.00 | Loan Repayment | |
| 09/10/2024 | YH Capital LLC | $2,000.00 | Loan Repayment | |
| 09/19/2024 | YH Capital LLC | $1,000.00 | Loan Repayment | |
| 10/24/2024 | YH Capital LLC | $100,000.00 | Loan Repayment | $328,000.00 |

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Imperial Group Holdings LLC**          Case No. _____

                                Debtor(s)           Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Basel Capital Holdings LLC**<br>**2213 Evergreen Point Rd**<br>**Medina, WA 98039** | **Member** | **100%** | **LLC Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 16, 2024**             Signature   **/s/ Wai Yi Lin**

                                                          **Wai Yi Lin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Washington**

In re   **Imperial Group Holdings LLC**       Case No. _____

                                          Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 16, 2024**                **/s/ Wai Yi Lin** _____

                                               **Wai Yi Lin/Manager**
                                               Signer/Title

```
Imperial Group Holdings LLC
12600 SE 38th St, Suite 200
Bellevue, WA 98006


Armand J. Kornfeld
Bush Kornfeld LLP
601 Union St., Suite 5000
Seattle, WA 98101-2373


US Attorney
Attn Bankruptcy Assistant
700 Stewart ST #5220
Seattle, WA 98101-4438


Internal Revenue Service
Jackson Federal Bldg
915 2nd Ave M/S W243
Seattle, WA 98174


US Treasury
Secretary of the Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220


WA Dept of Rev-SEA
Bankruptcy/Claims Unit
2101 4th Ave #1400
Seattle, WA 98121-2300


WA Dept of L&I-OLY
Collections
PO Box 44170
Olympia, WA 98504-4170


WA Dept of Emp Sec-OLY
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046
```

```
WA Attorney General
Bankruptcy & Collections Unit
800 5th Ave  #2000
Seattle, WA 98104


United States of America
Internal Revenue Service
915 Second Ave.
Seattle, WA 98174


Attorney General of the
  United States
US Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001


U.S. Small Business Admin
Legal Dept.
2401 Fourth Ave. #450
Seattle, WA 98121


U.S. Dept. of Justice
U.S. Attorney's Office, EDWA
PO Box 1494
Spokane, WA 99210-1494


Alliance
2213 Evergreen Point Rd
Medina, WA 98039


Amento Group
710 2nd Ave, Suite 400
Seattle, WA 98104


Aon Risk Insurance Svc West
1420 Fifth Ave #1200
Seattle, WA 98101
```

Apeland Concrete, Inc
12611 SE 232nd St
Kent, WA 98031


Associated Earth Sciences
911 5th Ave
Kirkland, WA 98033


Basel (HK)
Unit 701, Ruttonjee House
Central, HK


Basel Architects
2213 Evergreen Point Rd
Medina, WA 98039


Basel Capital Holdings LLC
2213 Evergreen Point Rd
Medina, WA 98039


BCRA, Inc.
2106 Pacific Ave, Ste 300
Tacoma, WA 98402


BEE Consulting, LLC
170 W Dayton St, #206
Edmonds, WA 98020


BEE Consulting, LLC
170 W Dayton St, #206
Tacoma, WA 98402


Bellevue 58 Development LLC
c/o Hugh McCullough
Davis Wright Tremaine LLP
920 5th Ave, Suite 3300
Seattle, WA 98104-3150

```
BestBath Intelligent
723 Garber Street
Caldwell, ID 83605


Boston Stepcentury Intl Grp
32 Suffolk Street
Cambridge, MA 02139


CC Edwards Constructions Inc.
PO Box 1387
Sumner, WA 98390


City of Bellevue
PO Box 90011
Bellevue, WA 98009-9011


Core Design
12100 NE 195th #300
Bothell, WA 98011


Core Design, Inc.
12100 NE 195th St, Ste 300
Bothell, WA 98011


Fire Sprinklers Incorporated
1524 45th Street E
Sumner, WA 98390


Freheit Architecture
505 106th Ave NE #302
Bellevue, WA 98004


Freiheit Architecture
505 106th Ave NE #302
Bellevue, WA 98004
```

Glacier Northwest
PO Box 1643
Woodinville, WA 98072


Glassman Inc.
1107 Main Street
Sumner, WA 98390


IG Property
2213 Evergreen Point Rd
Medina, WA 98039


Kwok Fai Li
2015 Evergreen Point Road
Medina, WA 98039


Lizard Waterproofing & Deck
1118 7th Ave NW, A125
Issaquah, WA 98027


Matcha Agency
4454 158th Ave SE
Bellevue, WA 98006


Matcha Agency LLC
4454 158th Ave SE
Bellevue, WA 98006


Meridian Center Electric Inc.
11109 66th Ave E
Puyallup, WA 98373


Paris Beta
2213 Evergreen Point Rd
Medina, WA 98039

Parr Lumber Company
5630 NE Century Blvd
Hillsboro, OR 97124


Pearson Drilling Inc.
5810 152nd St NE
Marysville, WA 98271


Priority Plumbing
3001 B St NW
Auburn, WA 98001


Proctor Company
2840 Northup Way #220
Bellevue, WA 98004


Progress Foundation, LLC
10102 8th Ave S, Apt N-109
Seattle, WA 98168


R&J Dream Makers LLC
7066 Corvello Drive South
Seattle, WA 98108


Ralph's Concrete & Plumbing
1529 Rainier Ave. S
Seattle, WA 98144


RNI Co. Framing LLC
7345 164th Ave NE
Suite 145511
Redmond, WA 98052


Ryan Swanson & Cleveland
1201 Third Ave #3400
Seattle, WA 98101-3034

```
Schwabe, Williamson & Wyatt
1211 SW Fifth Ave
Suite 1900
Portland, OR 97204-3719


Strategy Holdings LLC
2213 Evergreen Point Rd
Medina, WA 98039


Transpo Group
12131 113th Ave NE #203
Kirkland, WA 98034-6944


Wai Yi Lin
2213 Evergreen Point Rd
Medina, WA 98039


Wai Yi Lin
2615 Evergreen Point Road
Medina, WA 98039


Westcloud Construction LLC
12600 SE 38th St, Suite 200
Bellevue, WA 98006


White Cap, L.P.
297 South Vasco Road
Livermore, CA 94551


YH Capital
2615 Evergreen Point Road
Medina, WA 98039


Z&A Investment Ltd.
Building 0180 East Provence No
Dingsi, VGB
British Virgin Islands
```

Z&A Investment Ltd.
c/o Bo Li
2225 94th Ave NE
Clyde Hill, WA 98004

# United States Bankruptcy Court
## Eastern District of Washington

In re   __Imperial Group Holdings LLC__ _____

Case No. _____

                Debtor(s)

Chapter   __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Imperial Group Holdings LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Basel Capital Holdings LLC**
**2213 Evergreen Point Rd**
**Medina, WA 98039**

☐ None [*Check if applicable*]

__December 16, 2024__ _____
Date

__/s/ Armand J. Kornfeld__ _____
**Armand J. Kornfeld**
Signature of Attorney or Litigant
Counsel for __Imperial Group Holdings LLC__
**Bush Kornfeld LLP**
**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**(206) 292-2110 Fax:(206) 292-2104**
**jkornfeld@bskd.com**